IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 7:20-CR-00162-D-1 |
| SHAWN DEONTAE HEWETT. | |

## ORDER

THIS COURT, having reviewed the *Motion Requesting to be Excused from Court Appearance* filed by Andrew C. Brooks, Esq., local counsel for the Defendant in the above-styled case, finds that Mr. Brooks' presence will not be required. The Defendant will be represented by counsel Katryna Spearman at the August 2, 2021 hearing.

WHEREFORE, Mr. Brooks is hereby excused from attending the August 2, 2021 hearing scheduled in the above-styled case.

This the 2 day of August, 2021.

The Hon. James C. Dever III
United States District Judge