IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:20-CR-162-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAWN DEONTAE HEWETT, | ) | |
| a/k/a "Jeremy Hewett" | ) | |
| a/k/a "Zeal" | ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the United States' proposed sealed Exhibit, filed at Docket Entry 86, be sealed, except filed, date stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this _2_ day of _November_, 2021.

JAMES C. DEVER III
United States District Judge