IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-162-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHAWN DEONTAE HEWETT, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 117] not later than February 18, 2026.

SO ORDERED. This 9 day of January, 2026.

JAMES C. DEVER III
United States District Judge