IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-162-D

UNITED STATES OF AMERICA,              )
                                       )
                v.                     )          **ORDER**
                                       )
SHAWN DEONTAE HEWETT,                  )
                                       )
                Defendant.             )

For the reasons stated in the United States' response in opposition [D.E. 121], the court

DENIES defendant's motion for compassionate release [D.E. 117].

SO ORDERED. This 20 day of February, 2026.

JAMES C. DEVER III
United States District Judge